UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, ET AL.,

                Plaintiffs,

    - against -

RICHARD KAHN, ET AL.,

                Defendants.

26-cv-6142 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to provide a schedule to the Court by August 13, 2026 regarding the defendants' contemplated motion to dismiss, the plaintiffs' contemplated motion for remand, and any related discovery.

SO ORDERED.

Dated:    New York, New York
           August 10, 2026

                          John G. Koeltl
                 United States District Judge